UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER WILLIAMS; and
DARNELL WILLIAMS,

    Plaintiffs,

v.                                                Case No. 6:22-cv-1773-RBD-DCI

ORANGE COUNTY SCHOOL
BOARD,

    Defendant.
_____

### ORDER

Before the Court is Plaintiffs' Renewed Unopposed Motion for Court Approval of a Settlement Involving a Minor. (Doc. 44 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends that the Court grant the motion. (Doc. 45 ("R&R").) The Motion is unopposed (*see* Doc. 44, p. 7), so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 45) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     The Motion (Doc. 44) is **GRANTED**.

3.     The parties' proposed Agreement (Doc. 41-1) is **APPROVED**.

4. Upon the Allen Law Firm, P.A.'s distribution of the payment to Plaintiffs as described in the Agreement (*see id.* ¶ 3), Plaintiffs are **DIRECTED** to place **$25,000.00** in an annuity for S.W. until the age of majority and to utilize the remaining **$14,000.00** for the care and benefit of S.W.

5. This case is **DISMISSED WITH PREJUDICE**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 23, 2024.



ROY B. DALTON, JR.
United States District Judge